```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESTOR ISMAEL GALVEZ DURAN, et al.,

                     **Plaintiffs,**         20-CV-07090 (PAE)(SN)

        -against-                         **ORDER**

T&S RESTAURANT, LLC., et al.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 31, 2020, the Plaintiffs filed the Complaint. ECF No. 1. On November 3, 2020, the Plaintiff filed proof of service as to Defendant T&S Restaurant, indicating it had been served on October 13, 2020. ECF No. 12. On December 3, 2020, the Plaintiff filed proof of service as to Defendants Anastacius Katsaros and Stavros Nikolakakos, indicating both were served on October 9, 2020. See ECF Nos. 13 & 14. Accordingly, all the Defendants were required to answer or otherwise respond to the Complaint between October 30 to November 3, 2020. To date, the Defendants have not appeared, answered, or otherwise responded to the Compalint. Accordingly, the Plaintiffs are directed to file a letter no later than January 15, 2021, indicating whether they intend to move for default against the Defendants pursuant to Federal Rule of Civil Procedure 55, or why the action should not otherwise be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

                                                                                     _____
                                                                                   SARAH NETBURN
                                                                                    United States Magistrate Judge

DATED:     New York, New York
                 January 8, 2021