UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESTOR ISMAEL GALVEZ DURAN,

                      Plaintiff,

     -against-

T&S RESTAURANT, LLC, et al.,

                     Defendants.
-----------------------------------------------------------------X

20-CV-07090 (PAE) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/2022

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's March 19, 2021 Case Management Plan, the deadline to complete discovery and file a pre-motion letter for summary judgment has expired. ECF No. 25. The parties are therefore ORDERED to file a status letter no later than January 10, 2022, regarding whether the parties are seeking a jury trial or a bench trial, and whether the parties wish to schedule a settlement conference.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     January 4, 2022
               New York, New York