UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESTOR ISMAEL GALVEZ DURAN,

                    **Plaintiff,**

      -against-

T&S RESTAURANT LLC, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

20-CV-07090 (PAE)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2022

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Wednesday, March 2, 2022, at 10:00 a.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, February 23, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

      Plaintiffs' request to stay discovery is DENIED because the deadline to complete discovery expired on June 30, 2021, more than six months ago. If necessary, after the settlement

conference, the Court will set a schedule for pretrial filings and a jury trial.

**SO ORDERED.**

Dated:   January 11, 2022
         New York, New York

_____
SARAH NETBURN
United States Magistrate Judge