```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NESTOR ISMAEL GALVEZ DURAN,

                                **Plaintiff,**

       -against-

T&S RESTAURANT LLC, et al.,

                               **Defendants.**

-----------------------------------------------------------------X

20-CV-07090 (PAE)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    The settlement conference currently scheduled for Wednesday, March 2, 2022, is RESCHEDULED for Thursday, March 31, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, March 24, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

Dated:    March 1, 2022
             New York, New York

_____
SARAH NETBURN
United States Magistrate Judge