UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESTOR ISMAEL GALVEZ DURAN, *individually and on behalf of others similarly situated*,

                Plaintiff,

-v-

T&S RESTAURANTS LLC *et al.*,

                Defendants.

20 Civ. 7090 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the parties' continued efforts to settle this case, the case management conference, presently scheduled for March 8, 2022, at 2 p.m., is rescheduled for April 7, 2022, at 9:30 a.m. The Court clarifies that the materials set out in Dkt. 43 are not necessary for that conference.

SO ORDERED.

                              *Paul A. Engelmayer*
                              PAUL A. ENGELMAYER
                              United States District Judge

Dated: March 7, 2022
       New York, New York