UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NESTOR ISMAEL GALVEZ DURAN, *individually and on behalf of others similarly situated,*

                                        Plaintiff,

                    -v-

T&S RESTAURANTS LLC *et al.,*

                                        Defendants.

---

20 Civ. 7090 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 31, 2022, this Court issued an order closing this action without prejudice to the right of the parties to reopen the case within 30 days. Dkt. 46. However, because this case is a wage-and-hour case brought under the Fair Labor Standards Act, the Court must review the settlement by the parties under *Cheeks v. Freeport Pancake, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties are therefore directed to submit their proposed settlement for review by April 14, 2022, along with a memorandum of law explaining why the settlement warrants approval under *Cheeks*.

The Clerk of Court is respectfully directed to reopen the case.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 31, 2022
       New York, New York