UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NESTOR ISMAEL GALVEZ DURAN,

                             Plaintiff,                          20-CV-07090 (SN)

            -against-                                  **ORDER**

T&S RESTAURANT LLC, et al.,

                             Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties have agreed to a settlement in principle and consented to my jurisdiction for the purpose of reviewing the fairness of their Fair Labor Standards Act settlement. The parties are instructed to submit the executed settlement agreement for the Court's review no later than Monday, April 25, 2022. The settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing the document under the standard set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

                                             SARAH NETBURN
                                             United States Magistrate Judge

DATED:     April 20, 2022
                New York, New York