# CSM Legal, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

April 25, 2022

**VIA ECF**
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

           Re:    Galvez Duran et al v. T&S Restaurant LLC., et al.
                    Case No.: 20-cv-07090-PAE-SN

Dear Judge Netburn:

      This firm represents Plaintiff in the above-referenced matter. I write jointly with defense counsel to respectfully request approval of the parties settlement agreement (Exhibit A) pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

      It is also respectfully requested that this Court retain jurisdiction for the purposes of enforcement, and that any dismissal with prejudice incorporate specific language that the Court retains jurisdiction over the settlement for purposes of enforcement.

      This settlement is the result of Your Honor's assistance during our settlement conference that was held on March 31, 2022.

      We thank you for your time and consideration to this matter.

                                          Respectfully Submitted,

                                          /s/ *Bryan D. Robinson*
                                           Bryan D. Robinson, Esq.