```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NESTOR ISMAEL GALVEZ DURAN,

                           Plaintiff,                          20-CV-07090 (SN)

             -against-                                **ORDER**

T&S RESTAURANT LLC, et al.,

                           Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on March 31, 2022, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on April 25, 2022. ECF No. 50. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Court shall retain jurisdiction over the settlement for purposes of enforcement.

**SO ORDERED.**

                                                                _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     April 26, 2022
                  New York, New York